UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY JEAN, | No. 2:22-cv-0677 KJN P |
| Petitioner, | |
| v. | ORDER |
| WARDEN, UNITED STATES PENITENTIARY ATWATER, | |
| Respondent. | |

    Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and paid the court's filing fee.

    Petitioner was convicted in the United States District Court for the Southern District of Florida. Petitioner is incarcerated in the Atwater U.S. Penitentiary in Atwater, California. Atwater is located in Merced County. Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Because petitioner was not convicted in this district, and is not presently confined in the Sacramento Division of this district, this court does not have jurisdiction to entertain the application.

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action is transferred to the Fresno Division of the court.

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  April 27, 2022

/jean0677.109

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2